1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12    TINA MARIE MOLCILO,                    Case No.  5:12-cv-06556 HRL

                  Plaintiff,
13                                           **ORDER DIRECTING PLAINTIFF TO
                                             SHOW CAUSE WHY THIS CASE
14        v.                                 SHOULD NOT BE DISMISSED FOR
                                             FAILURE TO PROSECUTE**
15    CAROLYN W. COLVIN,

                  Defendant.
16

17          Pro se plaintiff Tina Marie Molcilo filed this Social Security appeal on December 28,

18    2012.  The docket indicates that she has done nothing to proceed with this case since then.  Even

19    though defendant's answer belatedly was filed, under the briefing schedule set in the court's

20    Procedural Order for Social Security Review Actions (Dkt. 3), plaintiff's summary judgment

21    motion appears to be long overdue.  Although Molcilo is representing herself, that does not excuse

22    her from complying with rules and orders that all litigants are obliged to follow.  Accordingly, **no

23    later than June 25, 2014**, plaintiff shall file a response to this order, telling the court why this

24    case should not be dismissed for her apparent inattention to it.

25          **SO ORDERED**.

26    Dated:   June 5, 2014

27                                           _____

28                                           HOWARD R. LLOYD
                                             UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

5:12-cv-06556-HRL Notice has been electronically mailed to:

Alex Gene Tse      alex.tse@usdoj.gov, kathy.terry@usdoj.gov, USACAN.SSA@usdoj.gov

Theophous H Reagans , Jr      theophous.reagans@ssa.gov, ODAR.OAO.COURT.1@ssa.gov, sf.ogc.ndca@ssa.gov

5:12-cv-06556-HRL Notice sent by U.S. Mail to:

Tina Marie Molcilo
P.O. Box 583
San Jose, CA 95106

United States District Court
Northern District of California

2