UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TINA MARIE MOLCILO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 5:12-cv-06556 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE DISMISSAL FOR FAILURE TO PROSECUTE** |

Pro se plaintiff Tina Marie Molcilo filed this Social Security appeal on December 28, 2012. The docket indicates that she has done nothing to proceed with this case since then. Although defendant's answer belatedly was filed, under the briefing schedule set in the court's Procedural Order for Social Security Review Actions (Dkt. 3), plaintiff's summary judgment motion is long overdue.

On June 5, 2014, this court issued an order directing plaintiff to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff did not respond, and the time for filing a response has passed.

Because not all parties have consented to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that the newly assigned judge dismiss this action for plaintiff's failure to prosecute. Any party may serve and file objections to this Report and Recommendation within

1  fourteen days after being served. Fed. R. Civ. P. 72.

2  **SO ORDERED**.

3  Dated:   July 1, 2014

4  _____
HOWARD R. LLOYD
5  UNITED STATES MAGISTRATE JUDGE

5:12-cv-06556-HRL Notice has been electronically mailed to:

Alex Gene Tse     alex.tse@usdoj.gov, kathy.terry@usdoj.gov, USACAN.SSA@usdoj.gov

Theophous H Reagans , Jr     theophous.reagans@ssa.gov, ODAR.OAO.COURT.1@ssa.gov, sf.ogc.ndca@ssa.gov

5:12-cv-06556-HRL Notice sent by U.S. Mail to:

Tina Marie Molcilo
P.O. Box 583
San Jose, CA 95106